No. 2191. BUTLER v. WASHINGTON, November Term, 1887. This was an action to foreclose a mortgage. From the long time that had elapsed (13 years), the failure to produce the original papers, and other circumstances, the Circuit Judge (Pressley) found as matter of fact that the bond and mortgage were paid. On appeal under the established rule, this finding was approved. OPINION by MR. CHIEF JUSTICE SIMPSON, March 20, 1888. *A. C. Moore*, for appellant. *Clark & Muller*, contra.

No. 2199. SIBLEY & Co. v. PARKS, November Term, 1887. In January, 1886, Sarah E. Parks, a married woman, executed to plaintiffs a mortgage on a tract of land owned by her, to secure a note given by her son and others, this note being in no way connected with her separate estate. Arnold, who held a senior mortgage given by Mrs. Parks, in 1885, was made a party defendant. The Circuit Judge (Fraser) decreed foreclosure of both mortgages, and plaintiff appealed only as to plaintiffs' mortgage. Judgment reversed as to plaintiffs' mortgage, but confirmed as to the Arnold mortgage, no appeal having been taken. OPINION by MR. CHIEF JUSTICE SIMPSON, March 28, 1888. *Graydon & Graydon*, and *Benet & Smith*, for appellant. *Henderson Bros.* and *Sheppard Bros.*, contra.